■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CHRIS A., Respondent.— Appeal by the People from an order of the County Court, Dutchess County, dated June 5, 1972, which granted defendant's motion to dismiss the indictment. Order reversed, on the law, motion denied and indictment reinstated. We are of the view that the evidence before the Grand Jury was legally sufficient (see *People* v. *Peluso,* 29 N Y 2d 605; *People* v. *Ahrens,* 41 A D 2d 675). Hopkins, Acting P. J., Munder, Martuscello, Shapiro and Brennan, JJ., concur.